UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DELTA OIL COMPANY, )
 )
    Plaintiff, )
 )
v. ) USDC No. 04-12566 PBS
 )
BOSTON MEDIA, INC. and BOSTON )
HERALD, INC., )
    Defendants. )
 )

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Defendants, Boston Media, Inc. and Boston Herald, Inc. ("Defendants"), hereby request that the Court enter an Order extending time until March 22, 2005, for the Defendants to respond to the Plaintiff's complaint. As grounds therefore, the Defendants state as follows:

1. The parties are discussing a resolution of this matter that would avoid the necessity of further litigation before this Court; and

2. The Plaintiff assents to this motion.

**WHEREFORE**, Boston Media, Inc. and Boston Herald, Inc. respectfully request that this Honorable Court:

I. Allow the instant Motion; and

II. Grant such other and further relief as is just and proper.

| | |
|---|---|
| DELTA OIL COMPANY,<br>By Its Attorney, | BOSTON MEDIA, INC. And<br>BOSTON HERALD, INC.,<br>By Their Attorney, |
| /s/ Michael A. Fitzhugh /ER<br>Michael A. Fitzhugh<br>(BBO# 169700)<br>**FITZHUGH, PARKER & ALVARO LLP**<br>155 Federal Street, Suite 1700<br>Boston, MA 02110-1727<br>Telephone: (617) 695-2330<br>Telecopier: (617) 695-2335<br>Telecopier: (617) 695-2335 | /s/ Elizabeth A. Ritvo<br>Elizabeth A. Ritvo<br>(BBO#421440)<br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Telecopier: (617) 856-8201 |

Of Counsel:
Michael J. McManus
Elizabeth L. Ewert
Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: March 7, 2005

# 1347754 v1 - ritvoea - 017825/0066