UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELTA OIL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON MEDIA, INC. and BOSTON )<br>HERALD, INC., )<br>Defendants. )<br>) | USDC No. 04-12566 PBS |

### ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Defendants, Boston Media, Inc. and Boston Herald, Inc. ("Defendants"), hereby request that the Court enter an Order extending time until June 3, 2005, for the Defendants to respond to the Plaintiff's complaint. As grounds therefore, the Defendants state as follows:

1. The parties are still discussing a resolution of this matter that would avoid the necessity of further litigation before this Court; and

2. The Plaintiff assents to this motion.

**WHEREFORE,** Boston Media, Inc. and Boston Herald, Inc. respectfully request that this Honorable Court:

I. Allow the instant Motion; and

II. Grant such other and further relief as is just and proper.

| | |
|---|---|
| DELTA OIL COMPANY,<br>By Its Attorney, | BOSTON MEDIA, INC. And<br>BOSTON HERALD, INC.,<br>By Their Attorney, |
| */s/ Michael A. Fitzhugh*<br>Michael A. Fitzhugh<br>BBO 169700<br>**FITZHUGH, PARKER & ALVARO LLP**<br>155 Federal Street, Suite 1700<br>Boston, MA 02110-1727<br>Telephone: (617) 695-2330<br>Telecopier: (617) 695-2335 | */s/ Elizabeth Ritvo, Esq.*<br>Elizabeth Ritvo, Esq.<br>BBO# 421440<br>**BROWN RUDNICK LLP**<br>1 Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Telecopier: (617) 856-8201 |

Of Counsel:
Michael J. McManus
Elizabeth L. Ewert
Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: 5/20/05

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on May 20, 2005.

/s/ Michael A. Fitzhugh