UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 04-12566-PBS

Delta Oil Company
Plaintiff

v.

Herald Media, Inc., and
Boston Herald, Inc.
Defendants

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                                             By the Court,

                                                         /s/ Robert C. Alba
                                                         Deputy Clerk

July 5, 2005

To: All Counsel