**ATTACHMENT A**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 DEC 22  P 1:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DELTA OIL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. 04-12566 PBS |
| ) | |
| BOSTON MEDIA, INC. and BOSTON ) | |
| HERALD, INC., ) | |
| Defendants. ) | |

**STIPULATION FOR DISMISSAL**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, without costs and all rights of appeal waived.

Dated this 18th day of July, 2005.

DELTA OIL COMPANY
By its attorneys,

*Michael Fitzhugh (mmw)*
Michael A. Fitzhugh (BBO#169700)
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Of Counsel:
Michael J. McManus
Elizabeth L. Ewart
Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

BOSTON MEDIA, INC. and
BOSTON HERALD, INC.
By their attorneys,

*Elizabeth A. Ritvo*
Elizabeth A. Ritvo (BBO#421440)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8252

# 1367515 v1 - ritvoea - 017825/0066